| TAMLA PIERRE AND CHRIS PIERRE | * | NO. 2021-CA-0320 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| MYRIAD GENETICS, INC. AND GREGORY ABEL | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOBRANO, J., CONCURS IN THE RESULT**